UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
In re
SUBPOENA ON PJT PARTNERS, INC.

Case No.1:16-mc-00447-P1

-------------------------------------- X
IMMUNOMEDICS, INC.,              :

    Plaintiff,              :

  -against-              :

ROGER WILLIAMS MEDICAL CENTER;
RICHARD P. JUNGHANS, M.D., PH.D.;
STEVEN C. KATZ, M.D.; BDL PRODUCTS,
INC, CARGENIX HOLDINGS, LLC, TNK-
THERAPEUTICS, INC., SORRENTO
THERAPEUTICS, INC.,              :

    Defendants.
-------------------------------------- X

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

[Action pending in the District of New Jersey, Case No. 2:15cv04526-JLL-SCM]

PLEASE TAKE NOTICE THAT pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Immunomedics, Inc. hereby dismisses its Motion to Enforce Subpoena for Documents and Deposition Served on Non-Party PJT Partners, Inc.

PLEASE TAKE FURTHER NOTICE THAT pursuant to Federal Rule of Civil Procedure 41(a)(1)(B), the dismissal is without prejudice.

Dated:  January 23, 2017

s/Steven R. Marino
**DLA PIPER LLP (US)**
51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey 07078-2704
Tel.:   (973) 520-2544
steven.marino@dlapiper.com

*Attorneys for Immunomedics, Inc.*

**PAUL HASTINGS LLP**
200 Park Avenue
New York, New York 10166
Tel.:   (212) 318-6051
jasonchristiansen@paulhastings.com

*Attorneys for PJT Partners, Inc.*